Robert E. Sabido, OSB No. 964168
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

    Attorney for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| WHITNEY WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>    Defendant. | Case No. CV11-6219 HO<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

    IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendant shall be dismissed with prejudice and without attorney fees or costs to either party.

    DATED: November 11, 2011

| | |
|---|---|
| TRIGSTED LAW GROUP, P.C. | COSGRAVE VERGEER KESTER LLP |
| /s/ Joshua Trigsted<br>Joshua Trigsted<br>Attorney for Plaintiff | /s/ Robert E. Sabido<br>Robert E. Sabido, OSB No. 96416<br>Attorney for Defendant |

/ / /

/ / /

/ / /

/ / /

Page 1 -  **STIPULATED JUDGMENT OF DISMISSAL**    1343202

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiff's claims against defendant are dismissed with prejudice and without attorney fees or costs to either party.

DATED: November 15, 2011

*Michael R. Hogan*
Michael R. Hogan
United States District Court Judge

Page 2 -  **STIPULATED JUDGMENT OF DISMISSAL**                    1343202